### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY BOTHWELL<br>2104 O Street, N.W.<br>Washington, D.C.<br><br>      Plaintiff,<br><br>      v.<br><br>BRUCE BASCHUK<br>36 Primrose Street<br>Chevy Chase, Maryland<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COMPLAINT

For his complaint against defendant Bruce Baschuk for breach of contract, plaintiff Jay Bothwell states as follows:

### Parties and Jurisdiction

1. Plaintiff Jay Bothwell is a citizen of the District of Columbia.

2. Defendant Bruce Baschuk is a citizen of the State of Maryland.

3. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

### The Facts and Claim for Relief

4. Bothwell and Baschuk are both individuals who are involved in the sales and leasing of commercial real estate in the District of Columbia and elsewhere.

5. In 2007, Bothwell and Baschuk were both principals of J Street Companies, a real estate developer located in the District of Columbia.

6. In that same year, BFP 1111 LLC and Westbrook Partners, affiliates of J Street Companies, sold a building located at 1111 North Capitol Street.

7.   Following the sale, Bothwell loaned his share of the proceeds, a total of One Hundred Seventy-Eight Thousand Eight Hundred Fifty-Seven Dollars ($178,857.00), to Baschuk to use to fund J Street Companies' operational expenses.

8.   The loan agreement reached in 2007 between the parties was oral and was reduced to writing in 2011. A copy of the written loan agreement dated March 16, 2011, is attached as Exhibit A.

9.   The loan agreement provided that the loan was to be interest-free until January 1, 2013, at which time interest would begin to accrue on the unpaid balance at the rate of Six Percent (6%) per annum until paid.

10.   Bothwell demanded that Baschuk repay the loan but he has not done so.

WHEREFORE, plaintiff Jay Bothwell prays that the Court enter judgment against defendant Bruce Baschuk in the amount of One Hundred Seventy-Eight Thousand Eight Hundred Fifty-Seven Dollars ($178,857.00), plus interest at the rate of Six Percent (6%) from January 1, 2013, and at the judgment rate thereafter, and that the Court award him his costs and such further relief as is just and equitable.

Dated: July 15, 2015

HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930

By: _____
Philip J. Harvey (#25208)
pharvey@harveybinnall.com

Counsel for Plaintiff